IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN EDWARD MERRIFIELD,

    Plaintiff,                    No. CIV S-08-1242 DAD P

   vs.

SANTA BARBARA POLICE DEPARTMENT, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

/////

1  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
2  no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
3        In this case, none of the defendants reside in this district.  The claim arose in
4  Santa Barbara County, which is located in the Central District of California.  Therefore,
5  plaintiff's claim should have been filed in the United States District Court for the Central District
6  of California.  In the interest of justice, a federal court may transfer a complaint filed in the
7  wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918,
8  932 (D.C. Cir. 1974).
9        Accordingly, IT IS HEREBY ORDERED that:
10        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and
11        2.  This matter is transferred to the United States District Court for the Central
12  District of California.
13  DATED: June 18, 2008.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:ja
merr1242.21